# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ROBERT DOWELL | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| THOMAS MCGINLEY, et al, | : | NO. 17-cv-02971-WD |

FILED
SEP 13 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW this 12th day of September, 20187, upon careful and independent consideration of Robert Dowell's petition for writ of habeas corpus (Doc. No. 1, 1-1), the Commonwealth's response in opposition (Doc. No. 13), Dowell's Reply (Doc. No. 14) and the Report and Recommendation of U.S. Magistrate Judge Richard A. Lloret, it is ORDERED that:

1. The Report and Recommendation of Magistrate Judge Richard A. Lloret is APPROVED and ADOPTED;

2. Dowell's Petition for Writ of Habeas Corpus is DENIED and DISMISSED with prejudice by separate Judgment, filed contemporaneously with this Order. *See* Federal Rule of Civil Procedure 58(a); Rules Governing Section 2254 Cases in the United States District Courts, Rule 12;

3. No certificate of appealability shall issue under 28 U.S.C. § 2253(c)(1)(A) because "the applicant has [not] made a substantial showing of the denial of a constitutional right[,]" under 28 U.S.C. § 2253(c)(2), since he has not demonstrated that "reasonable jurists" would find my "assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see United States v. Cepero*, 224 F.3d 256, 262-63 (3d Cir.

2000), *abrogated on other grounds by Gonzalez v. Thaler*, 565 U.S. 134 (2012); and,

4. The Clerk of Court shall mark this file closed.

BY THE COURT:

/s/ William Ditter Jr.

HON. WILLIAM DITTER
U.S. District Judge